UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL NO. 2:14CR11KS-MRP-1 |
| JESUS ALVAREZ-GUTIERREZ | DEFENDANT |

## ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#17] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on September 15, 2014, is hereby remitted.

SO ORDERED, this the  21st  day of April, 2017.

                                                            s/Keith Starrett
                                                            HONORABLE KEITH STARRETT
                                                            UNITED STATES DISTRICT JUDGE